United States District Court
Southern District of Texas
ENTERED
September 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS ELI VEGA-CORTES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02624 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

On April 1, 2026, Petitioner Carlos Eli Vega-Cortes ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. Doc. #1. On May 7, 2026, Respondents filed a Response to the Petition for Writ of Habeas Corpus and Motion for Summary Judgment (the "Response"). Doc. #6. On July 7, 2026, Respondents filed an Advisory notifying the Court that the Immigration Court had scheduled a bond hearing in Petitioner's removal proceedings on July 10, 2026, and that the outcome of that hearing may bear on Petitioner's continued detention. Doc. #11 at 1. At the Motion Hearing before the Court on the same day, the Court mooted Respondents' Response (Doc. #6) and requested that Respondents update and re-file their Response after the July 10th bond hearing.

Respondents are ORDERED to file a Response to Petitioner's Petition for Writ of Habeas Corpus no later than September 25, 2026.

It is so ORDERED.

SEP 2 1 2026
Date

The Honorable Alfred H. Bennett
United States District Judge